# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Joseph Folando CLARK<br>M/B, DOB: xx/xx/1984, SSN: xxx-xx-6297<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  1:22-mj-222<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __12/27/2021__ in the county of __Hamilton__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 751(a) | Escape |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*(signed)*
_____
*Complainant's signature*

LOFTIS, Jonathan L. DUSM S/OH Cincinnati
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/18/2022

*Karen L. Litkovitz*
United States Magistrate Judge

City and state: Cincinnati, OH

# AFFIDAVIT IN SUPPORT OF
# A CRIMINAL COMPLAINT

I, Jonathan Loftis, being duly sworn, do hereby declare and state the following:

1. I am a Deputy United States Marshal assigned to the Southern District of Ohio, Cincinnati Office, and have been so employed since July 2001. I am a graduate of Basic Deputy U.S. Marshal Academy at the Federal Law Enforcement Training Center (FLETC) in Glynco, GA in September 2001 as well as the Criminal Investigator Training Program at FLETC in April 2016. I also receive regular in-service training in fugitive investigations from the U.S. Marshals Service as well as various other federal and state resources. During this time, I have been assigned to fugitive investigations and court operations. As a Deputy U.S. Marshal, I am authorized under 28 United States Code, Section 564, to enforce the laws of the United States.

## PROBABLE CAUSE

2. I am the case deputy for an investigation of Joseph Folando CLARK, date of birth \*\*/\*\*/1984, U.S. Marshals Service Number 68403-061. My investigation began on 1/3/2022 after the U.S. Marshals Service, Cincinnati Office, received a notice from the Federal Bureau of Prisons (BOP) stating that CLARK was classified as an escaped fugitive. CLARK was placed on Escape Status by the BOP after walking away from the Talbert House for Men Cornerstone RRC, a BOP contract facility located at 2216 Vine Street in Cincinnati, Ohio, without permission.

3. CLARK was in the custody of the BOP pursuant to being sentenced to a term of 160 months due to a guilty conviction of multiple counts of Distribution of Cocaine Base – Crack 21 U.S.C. 841(a)(1), Possession of a Firearm by Convicted Felon

18 U.S.C. 922(g)(1), and Dealing in Firearms without a License 18 U.S.C. 922(a)(1) on 8/4/2011 in Southern District of Ohio case 1:10-CR-00081(MRB). According to BOP, CLARK was transferred from FCI Manchester, Manchester, KY to the Talbert House on 10/27/2021 for a 150 day community placement with a projected release date of 3/25/2022.  BOP officials reported that CLARK walked away from the facility with his property at approximately 12:35 a.m. on Monday 12/27/2021.  Between 12:35 a.m. and 1:40 a.m., Talbert House staff contacted local hospitals and the Hamilton County Justice Center to check if CLARK was currently in any of these facilities without success at which point it was determined that CLARK left without permission and was placed on escape status by BOP at 1:40 a.m.  CLARK was not accounted for at any subsequent house search checks from this point forward.

4. As of Wednesday, 4/13/2022, CLARK has not returned to the Talbert House and his whereabouts are unknown.

## **CONCLUSION**

5. Based on the aforementioned facts, your Affiant respectfully submits that there is probable cause to believe that in the Southern District of Ohio, JOSEPH FOLANDO CLARK, escaped from the custody of an institution or facility in which he was confined by virtue of a custody or confinement order, in violation of Title 18 U.S.C. Section 751.

_____
Jonathan Loftis
Deputy United States Marshal

Sworn before me and subscribed in my presence the __18__ day of April, 2022, in Cincinnati, Ohio.

_____
Karen L. Litkovitz
United States Magistrate Judge